**AMY HERNANDEZ LAW, PLLC**
1670 E. River Road, Ste. 270
Tucson, Arizona 85718
(520) 209-1855
Amy Hernandez
amy@amyhernandezlaw.com

**KARP & WEISS, P.C.**
3060 North Swan Rd.
Tucson, Arizona 85712
(520) 325-4200
Stephen M. Weiss
sweiss@karpweiss.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Lundgren, a single man, | |
| Plaintiff, | No. |
| v. | **PETITION - FEDERAL TORT CLAIMS ACT** |
| United States of America; David Compton; M.D., Sundeep Punia, M.D., | (Medical Malpractice) |
| Defendants. | |

Plaintiff Christopher Lundgren alleges the following:

**COUNT I**

**I.**

This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b).  On November 27, 2020, Plaintiff Christopher Lundgren timely filed a Form 95 with the Department of

Veterans Affairs.  The agency failed to make a final disposition of the claim within six months after its filing and the claim is therefore deemed to have been denied.

## II.

Plaintiff Christopher Lundgren is a resident of Pima County, Arizona and was so at all relevant times.

## III.

Defendant United States of America provided health care to Plaintiff Christopher Lundgren at the Southern Arizona Veterans Administration Health Care Services hospital through its agents and employees, including but not limited to David Compton, M.D. and Sundeep Punia, M.D.  All acts giving rise to this cause of action occurred in Pima County, Arizona.  Venue is appropriate in this district pursuant to 28 U.S.C. Section 1402(b).

## IV.

On August 5, 2019, Plaintiff presented to the Southern Arizona Veterans Administration Health Care Services hospital with complaints of lower back pain. Plaintiff was discharged the same day.

## V.

On August 6, 2019, Plaintiff presented to the Southern Arizona Veterans Administration Health Care Services hospital again with complaints of lower back pain. Plaintiff was discharged the same day by Sundeep Punia, M.D.

## VI.

Dr. Punia noted in the chart he reviewed Plaintiff's labs even though no labs were taken.

### VI.

On August 8, 2019, Plaintiff presented again to the Southern Arizona Veterans Administration Health Care Services hospital with complaints of lower back pain radiating in to the neck. Plaintiff was discharged the same day.

### VII.

On August 9, 2019, Plaintiff arrived via ambulance to Tucson Medical Center. There Plaintiff was treated emergently for his neurological symptoms, resulting in extensive neurosurgery.

### VIII.

The Southern Arizona Veterans Administration Health Care Services hospital, through its agents and employees, including but not limited to David Compton, M.D. and Sundeep Punia, M.D., failed to exercise that degree of care, skill, and learning that would be expected under similar circumstances of a reasonably prudent emergency physician within this state in negligently failing to timely monitor and treat Plaintiff and prematurely discharging Plaintiff from the Emergency Department.

### IX.

The negligence of the Southern Arizona Veterans Administration Health Care Services hospital, its agents and employees, including but not limited to David Compton, M.D. and Sundeep Punia, M.D., resulted in a significant delay in Plaintiff's care and

treatment and more likely than not resulted in permanent injury to Plaintiff and/or the loss of a chance at an improved result.

## X.

As a further direct result of the negligence of Defendant United States, Plaintiff suffered permanent injury, loss in mobility, loss of income, loss of earning capacity, lost wages, pain and suffering (past and future), past medical costs, and loss of enjoyment of life, and will incur future medical costs.

WHEREFORE, Plaintiff prays for compensatory damages that are fair and just, for costs incurred, and for such other relief as the Court deems just.

RESPECTFULLY SUBMITTED this 24th day of January, 2022.

**AMY HERNANDEZ LAW, P.C.**

/s/ Amy Hernandez
Amy Hernandez
*Attorney for Plaintiff*

**KARP & WEISS, P.C.**

/s/ Stephen M. Weiss
Stephen M. Weiss
*Attorney for Plaintiff*